IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| TREXIS INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-05001-CV-WS-DPR |
| ) | |
| MARCIANA BOKADRIK, deceased, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's Response to Show Cause Order. (Doc. 22.) The Court previously ordered Plaintiff to show cause as to why 11 Defendants should not be dismissed for failure to serve them within 90 days. (Doc. 12.) Upon review, the Court finds that Plaintiff has shown good cause for the failure in accordance with Rule 4(m). Therefore, no Defendants will be dismissed at this time. Furthermore, as requested, Plaintiff is granted an extension of time, up to and including June 27, 2022, to serve the four remaining unserved Defendants: Marciana Bokadrik, deceased; Telni Helson, deceased; Belitha Helson; and Dona Helson.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 27, 2022